IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORRIE THOMPSON | ) |
| | ) |
| v. | ) NO. 3-13-0817 |
| | ) JUDGE CAMPBELL |
| AMERICAN MORTGAGE EXPRESS | ) |
| CORPORATION, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Dismiss for Failure to State a Claim (Docket No. 24). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and this action is DISMISSED. Any other pending Motions are denied as moot, and the Clerk is directed to close the file.

The pretrial conference set for April 20, 2015, and the trial set for April 28, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE